LARKIN ET AL., RESPONDENTS, *v.* BUTTE & BOSTON CONSOLIDATED MINING CO. ET AL., APPELLANTS.

(No. 1,530.)

(Submitted April 15, 1903.    Decided April 27, 1903.)

*Appeal—Briefs—Rules of Supreme Court—Affirmance.*

Where appellants' brief fails wholly to comply with Subdivision 3 of Rule X of the Supreme Court, the judgment appealed from will be affirmed.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

ACTION by Clara A. Larkin and another against the Butte & Boston Consolidated Mining Company and others. From an order appointing a receiver, defendants appeal. Affirmed.

*Messrs. Forbis & Evans,* for Appellant.

*Mr. Charles R. Leonard,* and *Messrs. Cullen, Day & Cullen,* for Respondents.

PER CURIAM.—The brief filed by the appellants in this action fails in every particular to comply with Subdivision 3 of Rule X of this court, and, upon the authority of *Casey* v. *Thieviege,* 27 Mont. 516, 70 Pac. 755, and cases cited, the order appealed from is affirmed.

*Affirmed.*